```
Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel:    (415) 956-5513
Fax:    (415) 840-0308
Email: bob@jobelaw.com
```

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA DERAS, <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO MAYORKAS, ET AL., <br><br> Defendants. | No.   CV 09-04113 MHP <br><br> PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL; [PROPOSED] ORDER |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff, Ana Deras, through counsel, requests that her complaint for relief under the Administrative Procedure Act, currently pending before the Court, be dismissed without prejudice.  Because Defendants have issued a Notice to Appear before an Immigration Judge to Ms. Deras, she now has administrative remedies available to challenge Defendants' finding that she is not a lawful permanent resident of the United States and, if necessary, to seek relief from removal.

WHEREFORE, Plaintiff prays that this Court allow her to voluntarily dismiss her complaint, without prejudice.

Motion for Voluntary Dismissal and [Proposed] Order
No.      CV 09-4113 MHP

DATED: October 23, 2009 /s/

_____
Robert B. Jobe
LAW OFFICE OF ROBERT JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
(415) 956-5513

Attorney for Plaintiff

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that Plaintiff's motion for dismissal of the action without prejudice be granted.

DATED: 10/26/09

_____
MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

Motion for Voluntary Dismissal and [Proposed] Order
No.     CV 09-4113 MHP